UNITED STATES of America, Plaintiff—Appellee,

v.

Rosanne Eron SIMPSON, a.k.a. Kevin Smith, Defendant—Appellant.

No. 10–12240
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Oct. 4, 2010.

Linda Julin McNamara, A. Brian Albritton, W. Stephen Muldrow, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Leonard Evans Clark, Dionja L. Dyer, Donna Lee Elm, Federal Public Defender's Office, Tampa, FL, Rosanne Eron Simpson, FCI Ray Brook, Ray Brook, NY, for Defendant–Appellant.

---

Before BARKETT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Rosanne Eron Simpson in this 18 U.S.C. § 3582(c)(2) proceeding, has moved to withdraw from further representation of Simpson and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Simpson's § 3582(c)(2) motion to reduce his sentence is **AFFIRMED.**